**Order entered December 11, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01664-CR

**LEMUEL MOSLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-57352-I**

## ORDER

The Court **GRANTS** court reporter Kendra Thibodeaux's December 5, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Thibodeaux to file the complete reporter's record, including exhibits, by **FRIDAY, JANUARY 17, 2014**.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **JANUARY 6, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, Kendra Thibodeaux, court reporter; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE